```
IN THE UNITED STATES DISTRICT COURT FOR
     THE SOUTHERN DISTRICT OF GEORGIA
             SAVANNAH DIVISION
```

| | |
|---|---|
| NICHOLAS MONTANYA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV422-006 |
| ) | |
| SCOTT RICHMOND and SAMSUNG SDI ) | |
| CO., LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

O R D E R

Before the Court is Plaintiff's Notice of Dismissal of Defendant Scott Richmond Without Prejudice. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because neither defendant has filed an answer or a motion for summary judgment in this case, Plaintiff's request (Doc. 6) is **GRANTED**. Plaintiff requested a dismissal without prejudice. (Id.) Accordingly, the action against Defendant Richmond is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to amend the case caption accordingly.

SO ORDERED this **29th** day of March 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA